Entered: March 11th, 2026
Signed: March 11th, 2026
**SO ORDERED**



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| PETER STUART | * | Case No: 26-11946 |
|    Alleged Debtor | * | (Involuntary Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \*

ORDER TRANSFERRING VENUE TO THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF COLUMBIA

Upon consideration of the Emergency Motion of Petitioning Creditors for Entry of an Order (I) Directing the Appointment of an Interim Chapter 7 Trustee, or (II) Alternatively, Granting Temporary Injunctive Relief and Request for Expedited Hearing (the "Motion") (Dkt. 4) filed by Edgewater Capital, LLC, Great Jones Capital Management LLC, Olga Demidova, and MIR Investment Properties V, LLC (together, the "Petitioning Creditors"); and the Response of Alleged Debtor (Dkt. 19); and having held hearings thereon on March 3, 2026 and March 9, 2026; sufficient cause appearing therefor, it is, by the United States Bankruptcy Court for the District of Maryland, ORDERED:

1. The alleged debtor, Peter Stuart ("Stuart") is found to be residing in, and has a principal place of business in, the District of Columbia during the 180 days preceding the petition date of February 25, 2026 (the "Petition Date").

2. In accordance with Fed. R. Bankr. P. 1014(a)(2), sufficient cause exists to transfer this case to the United States Bankruptcy Court for the District of Columbia.

3. The Clerk of Court shall promptly transmit the case file and docket to the Clerk of the United States Bankruptcy Court for the District of Columbia.

4. Until instructed otherwise by order of this or any other court having proper authority to enter an order to the contrary, Stuart shall not sell, transfer, dispose of or otherwise dissipate any asset that he owns directly or indirectly.

5. Until instructed otherwise by order of this or any other court having proper authority to enter an order to the contrary, Stuart shall not sell, transfer, dispose of or otherwise dissipate (or cause or instruct any other person to sell, transfer, dispose of or otherwise dissipate) any asset that he manages directly or indirectly.

cc: Catherine Keller Hopkin, Esquire
Diana K. Fairweather, Esquire
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Peter Stuart
35 Parker Row SW, Apt. 264
Washington, DC 20024
and
7514 Wisconsin Avenue, Suite 500
Bethesda, MD 20814

Charles J. Brown, III, Esquire
Gellert Seitz Busenkell & Brown LLC
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801

David I. Swan, Esquire
1676 International Drive
Suite 1350
Tysons, VA 22102

Jeanette Rice, Esquire
Assistant U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

**END OF ORDER**

4916-6624-4502, v. 2